Leave to file GRANTED

Beryl A. Howell    Date 1/6/2020
Chief Judge
United States District Court

12/21/19

RECEIVED JAN 0 2 2020
CHAMBERS OF BERYL A. HOWELL
U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Testamony of <u>Panfilo Flores Apoduca</u>

I grieve the conditions of my incarceration, violates my rights as a human being, and endangers my health and well being.

The medical staff have repeatedly ignored my health concerns and issues. My health has significantly deteriorated over the past 18 months in this jail, and its worse now under these increased conditions. During my time here, I've only been able to see the Doctor once, and that took weeks of request forms and begging to be seen.

I recently had an allergic reaction to a new medication which replaced the one I was taking, and the nurse simply dismissed me saying go wash with soap. The correct medical application in this care would have been to give me a dose of benadryl.

This is not a place where I feel safe and my health is of no concern to these individuals.

I humbly request of you to help me alleviate these conditions and hold those responsible for these violations accountable.

(2)

This Complaint Is Addressed To The Honorable Judge Beryl Howell

We give this complaint to you in hope and desperation; that you will help us alleviate the dire circumstances that surround our current state of incarceration.

We, the Federal inmates, incarcerated at Northern Neck Regional Jail, as a whole, do hereby plead that you will hear our words of concern and know that we are in a state of dire stress due to the intentional neglect and abuse by the officers, staff, and administration of this facility.

We realize that we are in fact inmates, serving time for our crimes, and we accept the fact that some rights escape us, however, we are still human beings, and we still have constitutional rights, which are currently being violated by this facility and its employees. Our safety and right to be protected from negligible harm has been breached!

Complaint — mold in showers, sinks and bathrooms; rodents and insects having free reign in kitchen and living areas; mental and physical abuse by officers, staff and administration; and incompetent medical staff. All these issues harbor an unsafe and unsuitable living situation which must be alleviated to protect our lives and well being.

(3)

This facility intentionally disregards our medical issues and has no remorse for the injury and deaths they cause. The medical staff directly violate their vow of ethics when it comes to treating inmates.

Severe lack of communication, very poor attitudes, cursing of inmates, failure to properly treat medical issues and denial of dental care is just a few of the causes that create a rift between inmates and medical staff. To further add injury, our medications are accurate only 60% of the time and the medications are generic, mostly "experimental" versions of what Doctors prescribed, which result in severe side effects in which medical staff refuse to treat. Our medical needs are not being met and we are compelled to seek out help to remedy this.

We implore you, please help us, bring an end to our needless suffering and life threatening living conditions which violate our constitutional rights.

Testamony to these despicable conditions are readily available by all of us to you.

Inspections of this facility don't reveal the violations because notice is given weeks in advance, allowing staff to cover up violations that never go away and increase daily. Inspections are never given to living areas or kitchen where the worst violations occur.

This A list of person Agree To injustice there N.N.R.J

(4)

Jesus Delgado JR 56451-937
Panfilo Flores Apoduca

David Perez Almeida
Luis Pedro Fuentes D.
Jose Amaya

Rodney L. Robinson
33889-007
Teddy Matts
Teddy Marlts

Daniel L Gross
Daniel L Gross
_____ #45026

Joseph Washington
#27548
Joseph Washington
Ernest Lambert  Ernest Lambe

Jason Besorado #48066
Jn Beeees

Ana Shelling
Ira Shelling
_____