# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 14-CR-057 (BAH) |
| ) | |
| v. ) | |
| ) | |
| PANFILO FLORES APODACA, ) | |
|     also known as "Charmin," and ) | |
| ) | |
| AGUSTIN FLORES APODACA, ) | |
|     also known as "El Nino," "El Barbon," ) | |
|     and "El Ingeniero," ) | |
| ) | |
| ) | |
|                Defendants. ) | |
| ) | |

## NOTICE OF APPEARANCE

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Samantha Thompson, Trial Attorney of the Narcotic and Dangerous Drug Section, enters her appearance as an attorney for the government.

                         Respectfully Submitted,

                         ARTHUR G. WYATT, Chief
                         Narcotic and Dangerous Drug Section
                         Criminal Division
                         United States Department of Justice

By:    */s/ Samantha Thompson*
                         Samantha Thompson
                         Trial Attorney
                         Narcotic and Dangerous Drug Section
                         Criminal Division
                         U.S. Department of Justice
                         145 N Street, NE
                         Washington, D.C. 20530
                         Tel.:  (202) 532-4466
                         Email:  Samantha.Thompson@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing notice was sent via ECF to the Defendants' counsel on record this 14th day of June 2022.

                                                  */s/ Samantha Thompson*
                                                  Samantha Thompson
                                                  Trial Attorney
                                                  Narcotic and Dangerous Drug Section
                                                  Criminal Division
                                                  Department of Justice